

*Attorneys at Law*
45 BROADWAY, SUITE 430, NEW YORK, NEW YORK  10006
TEL: (212) 248-7431 FAX: (212) 901-2107
WWW.NYCEMPLOYMENTATTORNEY.COM
A PROFESSIONAL LIMITED LIABILITY COMPANY

June 1, 2021

VIA ECF
Honorable Ronnie Abrams
United States District Judge
Southern District of New York
40 Foley Square
New York, New York 10007

    Re:    *David Vasquez v. Metroplus Health Plan, Inc. et al*.
             Case No.: 1:21-cv-00011(RA)

Your Honor:

    I represent the Plaintiff, David Vasquez, in the above-captioned matter. I write jointly with counsel for defense to respectfully request an adjournment of the initial pretrial conference.

    The Court has scheduled an initial pretrial conference for June 18, 2021. Per the Southern District's second amended standing administrative order, the Parties have been Ordered to engage in mediation. We have conferred with our mediator and the earliest practical date we have been able to schedule for mediation is June 30, 2021. We respectfully request that the FRCP 16 conference be adjourned until sometime after July 5, 2021, in the event mediation is unsuccessful. We can advise the Court prior to any rescheduled Rule 16 conference of any update.

    We thank the Court for its time and courtesy.

                                        Respectfully submitted,

                                        _____/s/_____
                                        Steven Fingerhut

cc:    Dominique F. Sant-Fort, Esq. (*Via ECF*)
        *Attorneys for Defendants*

Application granted.  The initial pre-trial conference shall be adjourned sine die.
No later than two weeks after the termination of mediation, the parties shall submit a joint status report to the Court.
SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
June 17, 2021