```
USDC-SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#:
DATE FILED: 08/19/21
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

DAVID VASQUEZ

                Plaintiff,

      v.

METROPLUS HEALTH PLAN INC., *et al.*,
                Defendant.

21-CV-11 (RA)

ORDER

RONNIE ABRAMS, United States District Judge:

    On June 17, 2021, the Court granted the parties' application to adjourn the initial pretrial conference *sine die* while the parties participated in mediation. Dkt. 15. The parties were directed to submit a joint letter with a status report two weeks following the end of mediation. *Id.* The parties completed mediation on July 26, 2021. Dkt. 16. Accordingly, the parties are directed to file a joint status letter no later than August 26, 2021, updating the Court as to the status of settlement discussions in this case.

SO ORDERED.

Dated:   August 19, 2021
            New York, New York

                                                RONNIE ABRAMS
                                                United States District Judge